AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Zouhary, Jack | 2. Court or Organization<br><br>District Court, Northern District of Ohio | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge / Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>1716 Spielbusch Avenue<br>Toledo, OH 43604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 A 11: 46 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | St. Luke's Hospital - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | DTE Energy* | A | Dividend | J | U | | | | | |
| 2. | TXU Corp* | B | Dividend | | | Sold | 10/18 | L | F | |
| 3. | Fiserve nka Fifth Third | A | Dividend | K | T | | | | | |
| 4. | Bank of New Yorrk | C | Dividend | J | T | | | | | |
| 5. | Five M Trust | G | Int./Div. | P2 | T | | | | | |
| 6. | - Boeing* | | | | | | | | | |
| 7. | - DCT Industrial Trust* | | | | | | | | | |
| 8. | - Deere & Co* | | | | | | | | | |
| 9. | - DPL* | | | | | | | | | |
| 10. | - General Electric* | | | | | | | | | |
| 11. | - Intel* | | | | | | | | | |
| 12. | - I Shares TR Russell Mid Cap Value* | | | | | | | | | |
| 13. | - Motorola* | | | | | | | | | |
| 14. | - Pepsico* | | | | | | | | | |
| 15. | - Pennsylvania Mutual Fund | | | | | | | | | |
| 16. | - Thornburg Intl / Value Fund | | | | | | | | | |
| 17. | - US Bancorp Delaware New* | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - Yum Brands* | | | | | Sold | 5/2 | J | D | |
| 19.    - Avaya* | | | | | Sold | 5/9 | J | A | |
| 20.    - Schafer Cullen Account (transfer Optique Capital Mgt) | | | | | Transfer | 1/17 | | | |
| 21.    - Abbott Labs* | | | | | | | | | |
| 22.    - All Tel* | | | | | Sold | 11/16 | L | E | |
| 23.    - AT&T* | | | | | | | | | |
| 24.    - Atmos Energy* | | | | | | | | | |
| 25.    - Axcelis Technologies* | | | | | Sold | 2/5 | J | | |
| 26.    - BP PLC* | | | | | | | | | |
| 27.    - Cardinal Health Inc Ohio * | | | | | | | | | |
| 28.    - Coca Cola* | | | | | | | | | |
| 29.    - Eaton* | | | | | | | | | |
| 30.    - Embarq* | | | | | | | | | |
| 31.    - HSBC Holding* | | | | | | | | | |
| 32.    - JP Morgan Chase* | | | | | | | | | |
| 33.    - Key Corp* | | | | | | | | | |
| 34.    - Manor Care* | | | | | Sold | 12/24 | M | G | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - McDonald's* (Mistakenly omitted from 2006 Report) | | | | | Partial Sale | 10/29 | K | E | |
| 36. - Merck & Co* | | | | | | | | | |
| 37. - National City* | | | | | | | | | |
| 38. - Royal Dutch Shell* | | | | | | | | | |
| 39. - Bristol-Myers Squibb* | | | | | | | | | |
| 40. - Conoco Philips* | | | | | | | | | |
| 41. - CBS* | | | | | | | | | |
| 42. - Colgate Palmolive* | | | | | | | | | |
| 43. - Conagra Foods* | | | | | | | | | |
| 44. - Du Pont E I DeNemours* | | | | | | | | | |
| 45. - HCP Inc. (formerly Health Care Ppty Inv.)* | | | | | | | | | |
| 46. - Olin* | | | | | | | | | |
| 47. - Oracle* | | | | | | | | | |
| 48. - Walgreen* | | | | | | | | | |
| 49. - Whole Foods* | | | | | | | | | |
| 50. - Tradewinds NWQ Intl Value (Fund) | | | | | | | | | |
| 51. - Gabelli Equity Trust (Fund) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Renaissancere Holdings (Fund) | | | | | Sold | 11/12 | K | | |
| 53. - Cohen & Steers Intl (Fund) | | | | | | | | | |
| 54. - Blackrock National (Fund) | | | | | | | | | |
| 55. - Nuveen Ohio Mun (Fund) | | | | | | | | | |
| 56. - Federal Home Loan (Govt Bond) | | | | | | | | | |
| 57. - Federal National Mortgage (Bond) | | | | | Partial Sale | 11/12 | L | | |
| 58. - GMAC (Bond) | | | | | Redeem | 2/1 | K | A | |
| 59. - Federal National Mortgage (Preferred Stock) | | | | | Sold | 11/12 | L | | |
| 60. - Royal Bank of Scot GRP (Preferred Stock) | | | | | Sold | 11/12 | K | | |
| 61. - Comcast* | | | | | Sold | 1/17 | J | C | |
| 62. - Idearc* | | | | | Sold | 1/19 | J | A | |
| 63. - Nash Finch* | | | | | Sold | 1/24 | J | B | |
| 64. - Sprint Nextel* | | | | | | | | | |
| 65. - Stryker* | | | | | | | | | |
| 66. - Windstream* | | | | | | | | | |
| 67. - Wisconsin Energy* | | | | | | | | | |
| 68. - 3 M* | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Eaton Vance Ohio Mun (Fund) | | | | | | | | | |
| 70. - Eaton Vance Tax (Funds) | | | | | Partial Sale | 12/24 | L | | |
| 71. - Amgen* | | | | | | | | | |
| 72. - Johnson & Johnson* | | | | | | | | | |
| 73. - Kohl's* | | | | | | | | | |
| 74. - Microsoft* | | | | | | | | | |
| 75. - Agere System* | | | | | Sold | 1/16 | J | | |
| 76. - American Electric Power* | | | | | | | | | |
| 77. - Anheuser Busch* | | | | | | | | | |
| 78. - Bob Evans Farms* | | | | | | | | | |
| 79. - Citigroup* | | | | | | | | | |
| 80. - Pfizer* | | | | | | | | | |
| 81. - St. Paul Travelers* | | | | | | | | | |
| 82. - Teco Energy* | | | | | | | | | |
| 83. - Verizon Communications* | | | | | | | | | |
| 84. - William Wrigley, Jr.* | | | | | | | | | |
| 85. - Alcatel Lucent* | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Vanguard Ohio Tax-Free Fund | | | | | Buy | 5/22 | L | | |
| 87. - Dividend Capital Total Realty Trust | | | | | Buy | 2/1 | L | | |
| 88. - Senior Living Comntys Senior Sub Notes | | | | | Buy | 12/13 | M | | |
| 89. - AIG Mitts LATAM Currency Note | | | | | Buy | 11/1 | K | | |
| 90. - ML Currency BRIC Note | | | | | Buy | 5/3 | K | | |
| 91. - Claymore Secs Defined 397 Zacks Select Port | | | | | Buy | 6/26 | K | | |
| 92. - Deutsche Bank PFD Trust IX | | | | | Buy | 7/13 | K | | |
| 93. - I Shares TR S&P National Mun Bd Fund | | | | | Buy | 12/12 | L | | |
| 94. - NCR* | | | | | Buy | 9/5 | K | | |
| 95. - Tera Data* | | | | | Buy | 9/5 | K | | |
| 96. - Waste Management* | | | | | Buy | 12/17 | K | | |
| 97. - Verifone* | | | | | Buy | 12/3 | J | | |
| 98. Five M Trust (Darke County, Ohio) | G | Rent | P1 | W | | | | | |
| 99. Five M Trust | F | Interest | P1 | T | | | | | |
| 100. - Capital One (Accounts) | | | | | | | | | |
| 101. - Corus Bank (Accounts) | | | | | | | | | |
| 102. - Countrywide Bank (Accounts) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fifth Third Bank (Accounts) | | | | | | | | | |
| 104. - Merrill Lynch (Accounts) (cash) | | | | | | | | | |
| 105. - Key Bank (Accounts) | | | | | | | | | |
| 106. - Thomas McDonald Partners (Accounts) (was McDonald Inv.) | | | | | | | | | |
| 107. - Various Municipal Tax-Exempt Bonds | | | | | | | | | |
| 108. - Ross Sinclaire (Accounts) | | | | | | | | | |
| 109. - Metamora Bank (Accounts) | | | | | Buy | 10/2 | M | | |
| 110. IRA #1 / Thomas McDonald Partners | D | Int./Div. | N | T | | | | | |
| 111. - Bond Fund of America (BFAFX) | | | | | | | | | |
| 112. - Calamos (CVTEX) | | | | | | | | | |
| 113. - Gateway (GATEX) | | | | | | | | | |
| 114. - Munder Mid Cap (MGOAX) | | | | | | | | | |
| 115. - Oppenheimer Internatonal (OIBAX) | | | | | | | | | |
| 116. - Pennsylvania Mutual (PENNX) | | | | | | | | | |
| 117. - Thomas McDonald Money Market Fund | | | | | | | | | |
| 118. - I Shares Russell Midcap | | | | | Buy | 7/24 | J | | |
| 119. - Growth Fund of America | | | | | Buy | 1/26 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Henderson European Focus | | | | | Buy | 2/27 | K | | |
| 121. - Thornburg International Value | | | | | Buy | 7/24 | J | | |
| 122. - Van Kampen Growth & Income | | | | | Buy | 1/2 | K | | |
| 123. - Senior Living Comntys Senior Sub Note | | | | | Buy | 12/21 | L | | |
| 124. - Dividend Capital Total Realty Trust | | | | | Buy | 3/9 | K | | |
| 125. IRA #2 / Nationwide Retirement 403(B) | E | Int./Div. | N | T | | | | | |
| 126. - Am Century VP Value (Fund) | | | | | | | | | |
| 127. - Dreyfus Small Capital Stock (Fund) | | | | | | | | | |
| 128. - Dreyfus Stock Index (Fund) | | | | | | | | | |
| 129. - Fidelity VIP2 Contra (Fund) | | | | | | | | | |
| 130. - Gartmore GVIT International Index (Fund) | | | | | | | | | |
| 131. - Gartmore MdCap Index (Fund) | | | | | | | | | |
| 132. - Gartmore USGRTHLDERS (Fund) | | | | | | | | | |
| 133. - ●ppenheimer Global (Fund) | | | | | | | | | |
| 134. - Nationwide Fixed Account | | | | | | | | | |
| 135. - Franklin Temp VIPT FR (Fund) | | | | | | | | | |
| 136. - Gartmore Emerging Market (Fund) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  IRA #3 | E | Int./Div. | P1 | T | | | | | |
| 138.     - Merrill Lynch Private Investors Portfolio (MLIM) | | | | | | | | | |
| 139.     - Merrill Lynch Bank USA (Accounts) | | | | | | | | | |
| 140.     - First Citizens (FCZA)* | | | | | | | | | |
| 141.     - Ishares S&P Global (100) (Fund) | | | | | | | | | |
| 142.     - Merrill Lynch (MER)* | | | | | | | | | |
| 143.     - Microsoft (MSFT)* | | | | | | | | | |
| 144.     - Orbital Sciences (ORB)* | | | | | | | | | |
| 145.     - Templeton Fund (TEI) | | | | | | | | | |
| 146.     - Advent Claymore Global  Fund | | | | | Buy | 5/25 | K | | |
| 147.  Capital One (Accounts) | B | Interest | | | Redeem | 12/19 | L | | |
| 148.  Fifth Third (Accounts) | E | Interest | N | T | | | | | |
| 149.  Corus Bank (Accounts) | D | Interest | M | T | | | | | |
| 150.  Key Bank (Accounts) | B | Interest | L | T | | | | | |
| 151.  Rurban Financial | A | Dividend | J | T | | | | | |
| 152.  Fifth Third IRA (CDs) | A | Interest | K | T | | | | | |
| 153.  John Hancock Venture | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Reliastar Whole Life (Insurance) | A | Interest | J | T | | | | | |
| 155. US Savings Bonds | B | Interest | K | T | | | | | |
| 156. Cuyahoga County Ohio Hospital (Bond) | A | Interest | | | Redeem | 5/3 | J | A | |
| 157. Hamilton County Ohio Hospital (Bond) | A | Interest | | | Redeem | 2/15 | J | | |
| 158. Washington County Ohio Health (Bond) | A | Interest | J | T | | | | | |
| 159. Toledo Lucas County Port Authority (Bond) | B | Interest | J | T | | | | | |
| 160. Federal National Mortgage Association (Bond) | A | Interest | | | Sold | 11/12 | J | | |
| 161. Citigroup (C)* | B | Dividend | K | T | | | | | |
| 162. Coca Cola Enterprises (CCE)* | A | Dividend | J | T | | | | | |
| 163. Walt Disney Company (DIS)* | A | Dividend | J | T | | | | | |
| 164. FFD Financial (FFDF)* | A | Dividend | J | T | | | | | |
| 165. Fifth Third Bancorp Ohio (FITB)* | A | Dividend | | | Sold | 12/31 | J | | |
| 166. Gliatech (GLIAQ)* | | None | J | T | | | | | |
| 167. Motorola (MOT)* | A | Dividend | J | T | | | | | |
| 168. Occidental Petroleum (OXY)* | A | Dividend | K | T | | | | | |
| 169. Piper Jaffray Companies (PJC)* | | None | | | Sold | 5/21 | J | A | |
| 170. RPM International (RPM)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Thornburg Mortgage (TMA)* | C | Dividend | | | Sold | 12/24 | J | | |
| 172. Tower Financial (TOFC)* | | None | J | T | | | | | |
| 173. US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 174. Huntington (formerly Unizan) * | A | Dividend | J | T | | | | | |
| 175. Wyeth (WYE)* | A | Dividend | K | T | | | | | |
| 176. Orbital (OBTEF)* | | None | J | T | | | | | |
| 177. Merrill Lynch CMA Funds (cash) | B | Interest | L | T | | | | | |
| 178. Sylvania Ohio City School (Bond) | B | Interest | K | T | | | | | |
| 179. Hancock County Ohio Hospital (Bond) | C | Interest | L | T | Partial Sale | 12/11 | K | | |
| 180. Allied Capital (ALD)* | B | Dividend | | | Sold | 2/1 | K | C | |
| 181. Amgen (AMGN)* | | None | J | T | | | | | |
| 182. Applied Material (AMAT)* | A | Dividend | J | T | | | | | |
| 183. Ares Capital (ARCC)* | B | Dividend | K | T | | | | | |
| 184. AT&T (T)* | A | Dividend | K | T | | | | | |
| 185. Bristol-Myers Squibb (BMY)* | A | Dividend | J | T | | | | | |
| 186. Coca Cola (KO)* | A | Dividend | J | T | | | | | |
| 187. Conagra Foods (CAG)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Eli Lilly (LLY)* | B | Dividend | K | T | | | | | |
| 189. Intel (INTL)* | A | Dividend | J | T | | | | | |
| 190. KeyCorp (KEY)* | B | Dividend | K | T | | | | | |
| 191. Manor Care (HCR)* | A | Dividend | | | Sold | 12/24 | K | D | |
| 192. Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 193. ML&Co Mitts Russell (RRM) | | None | K | T | | | | | |
| 194. ML&Co Mitts S&P (MTSM) | | None | K | T | | | | | |
| 195. Sony (SNE)* | A | Dividend | K | T | | | | | |
| 196. Verizon Communications (VZ)* | A | Dividend | J | T | | | | | |
| 197. Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 198. Goldman Sachs Fund (GHYAX) | B | Interest | J | T | | | | | |
| 199. Mun Intermediate Fund (MUI) | C | Interest | L | T | | | | | |
| 200. Muniholdings Fund (MHD) | C | Interest | L | T | | | | | |
| 201. Nuveen Fund (NZF) | A | Interest | K | T | | | | | |
| 202. Diversified Credit Oppty Fund | | None | L | T | | | | | |
| 203. General Motors (Bonds) | A | Interest | | | Redeem | 2/1 | J | A | |
| 204. CBS (CBSA)* | A | Dividend | J | T | | | | | |

1. Income Gain Codes.      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
   (See Column C2)          U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Idearc (Misspelled in 2006 Report) (IAR) | A | Dividend | | | Sold | 12/31 | J | | |
| 206. Goldman Sachs (GSMAX) | | None | J | T | | | | | |
| 207. Loomis Sayles (NEFZX) | A | Interest | J | T | | | | | |
| 208. Campbell Strategic | | None | L | T | | | | | |
| 209. FFD (FFDF) (Consolidate with Line 164) | | | | | | | | | |
| 210. Merck (MRK)* | A | Dividend | J | T | | | | | |
| 211. Marathon (MRO) (Consolidate with Line 192) | | | | | | | | | |
| 212. Huntinginton (formerly Sky) (Consolidate with Line 174) | | | | | | | | | |
| 213. Fed Home Loan (Govt Bond) | A | Interest | J | T | | | | | |
| 214. Dublin School (Bond) | B | Interest | | | Redeem | 12/3 | J | | |
| 215. Ohio Water Dev (Bond) | A | Interest | J | T | | | | | |
| 216. Ohio Public Fac (Bond) | B | Interest | | | Redeem | 12/3 | K | A | |
| 217. Cleveland City (Bond) | B | Interest | K | T | | | | | |
| 218. Anthony Wayne School (Bond) | A | Interest | J | T | | | | | |
| 219. Lake Hospital (Bond) | A | Interest | K | T | | | | | |
| 220. Lakewood City (Bond) | B | Interest | K | T | | | | | |
| 221. Fed Nat'l Mtg (Govt Bond) | C | Interest | | | Sold | 11/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Renaissancere Holdings (Fund) | B | Dividend | | | Sold | 11/12 | K | | |
| 223. Cedar Fair (FUN)* | A | Dividend | J | T | | | | | |
| 224. Fifth Third (FITB)* | B | Dividend | L | T | | | | | |
| 225. Royal Dutch Shell (RDSA)* | A | Dividend | K | T | | | | | |
| 226. Clough Global (CLO) (misspelled in prior report) | B | Dividend | | | Sold | 11/12 | K | | |
| 227. Oppenheimer Rochester Mun Fund (ORNAX) | A | Dividend | | | Buy | 10/1 | L | | |
| 228. AIG Mitts LATAM Currency Note | | None | | | Buy | 10/31 | K | | |
| 229. Deutsche Bank Pref Trust IX | B | Dividend | | | Buy | 7/13 | K | | |
| 230. Claymore Secs Defined 397 Zacks | A | Dividend | | | Buy | 6/27 | K | | |
| 231. Eaton Vance Nat Mun Fund | A | Dividend | | | Buy | 9/7 | K | | |
| 232. ML Currency BRIC Note | | None | | | Buy | 5/3 | K | | |
| 233. Bowling Green State University (Bond) | A | Interest | | | Buy | 6/11 | J | | |
| 234. Waverly Ohio City Schools (Bond) | A | Interest | | | Buy | 6/11 | J | | |
| 235. Barberton Ohio City Schools (Bond) | A | Interest | | | Buy | 6/11 | J | | |
| 236. Springboro Ohio Swr System (Bond) | A | Interest | | | Buy | 6/11 | J | | |
| 237. Millcreek-West University Ohio (Bond) | A | Interest | | | Buy | 6/11 | J | | |
| 238. Verifone (PAY)* | | None | | | Buy | 12/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Metamora Bank | A | Interest | | | Buy | 10/2 | L | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Names with asterisks are common stock.

Five M Trust (Line 5) is an Aggregate Ownership Arrangement in which ███████ is a one-fifth beneficiary. Assets are itemized

IRA #1 (Line 110) and IRA #2 (Line 125) are ██████ retirements, again itemized.


For ease of reporting, the following adjustments have been made:

2006 Report

2006 - Lines 87-89
2007 - Now Lines 147-149

2006 - Lines 102-104; 106-107
2007 - Now Lines 150-154

Line 143 - Corrected to read "Buy Out / Sale" instead of "Merger" (therefore, not listed in 2007 Report)

2006 - Lines 185-186; 189-193; 201
2007 - Now Lines 138-145

Lines 194-195 - "Transfer to MLIM" (Line 185 on 2006 Report; Line 138 on 2007 Report)


2007 Report

Line 35 - Addition (mistakenly omitted from 2006 Report)

2007 - Lines 137-145 (Line 137 inserted to identify the assets as IRA #3)
From 2006 - Lines 185-186; 189-193; 201

2007 - Lines 147-149
From 2006 - Lines 87-89

2007 - Lines 150-154
From 2006 - Lines 102-104; 106-107

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544